IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISON

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JONATHAN COREY DANIEL, ET AL** | DOCKET NO. 5:20-CR-46-KDB<br><br>**MOTION TO UNSEAL THE INDICTMENT** |

NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, who respectfully shows unto the Court that the necessity for keeping the above-numbered Bill of Indictment sealed no longer exists.

THEREFORE, the United States respectfully moves the Court that the Bill of Indictment numbered above be unsealed.

Respectfully submitted, on this day of June 30, 2020.

                                                                                         R. ANDREW MURRAY
                                                                                         UNITED STATES ATTORNEY

/s Christopher S. Hess
CHRISTOPHER S. HESS
ASSISTANT UNITED STATES ATTORNEY
North Carolina State Bar No. 27890
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Direct: (704) 816-1628
Fax: (704) 227-0197
Email: Christopher.Hess@usdoj.gov