IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:20-CR-00046-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) **ORDER** |
| TIFFANY CHRISTMAS HIRANI, | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's Motion for Production Order to Transfer Defendant to Federal Custody (Doc. No. 460) ("Motion"). Defendant requests an order from this Court "directing the Federal Bureau of Prisons to remove Hirani from the Georgia Department of Corrections to the Federal Bureau of Prisons custody in North Carolina." *Id*. However, this Court has no authority to order the Bureau of Prisons to "remove" the Defendant from a state detention facility. *See Johnson v. Avery*, 393 U.S. 483, 486, 89 S. Ct. 747, 749 (1969) ("[t]here is no doubt that…administration of state detention facilities are state functions."). As such, the Georgia state courts are the proper avenue for Defendant's requested remedy. Accordingly, the Court **DENIES** Defendant's Motion.

    **SO ORDERED.**

Signed: May 23, 2022

Kenneth D. Bell
United States District Judge